UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DONNELL D. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:06-CV-680-SNL |
| | ) | |
| CORRECTIONS MEDICAL SERVICES, | ) | |
| BETTY JOHNSON, ELIZABETH CONLEY, | ) | |
| J. SULLTROP, TYMBER SPRAY and | ) | |
| UNKNOWN NALAGAN, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF DISMISSAL
PURSUANT TO
28 U.S.C. § 1915(e)(2)(B)**

**IT IS HEREBY ORDERED** that plaintiff's complaint be **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Dated this 19th day of May, 2006.

_____
**SENIOR UNITED STATES DISTRICT JUDGE**

PDF created with FinePrint pdfFactory trial version www.pdffactory.com